# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

RECEIVED
In Clerk's Office
AUG 03 2022
U.S. District Court
Middle District of TN

Matthew David Bennett

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Bedford County, Tennessee
Mayor, Chad Graham
State of TN
Rutherford County, TN

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Matthew David Bennett
All other names by which you have been known: Cheeze; Dr. Cheeze; David Bennett; Rev. Matthew David Bennett; Dr. Matthew David Ben[nett]
ID Number: 133500014 T.N.; 7788114 AL.
Current Institution: Bedford County Jail
Address: 177 Coop Rd. Bell Buckle, TN. 37020

City — State — Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: Bedford County, Tennessee
Job or Title (if known):
Shield Number:
Employer:
Address: 110 North Creek Dr. Shelbyville TN 37160

City — State — Zip Code

[✓] Individual capacity  [✓] Official capacity

**Defendant No. 2**
Name: Chad Graham
Job or Title (if known): Mayor of Bedford County
Shield Number:
Employer: Bedford County Tennessee
Address: Shelbyville TN 37160

City — State — Zip Code

[✓] Individual capacity  [✓] Official capacity

Defendant No. 3
Name: State of Tennessee
Job or Title *(if known)*:
Shield Number:
Employer:
Address:
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

Defendant No. 4
Name: Rutherford County, Tennessee
Job or Title *(if known)*:
Shield Number:
Employer:
Address:
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[✓] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Freedom of Speach; Fair & speedy trial; Suppression; Freedom of Religion; Harrassment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Freedom of Speach; Freedom of Religion

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Utilized powers & equipment to Harrass & suppress my voice & Messages to people as well as my Reailigious Beliefs became target by Many elected officials Causing extensive discrimination Resulting in numerous cases of slander/assault and attempted assults by the sheriffs office & elected Officials. These officials Terrorized me as well as the legal Rep. + DA

38:50:101
38:50:102
Tresspassing

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [✓] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [✓] Other *(explain)* Have not givin proper Representation or bond reduction Representation given is conflict of intrest and refuces to help me

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

177 Coop rd Bell Buckle, TN 37020   6/16/2022
In the Front yard around 10:00 O'clock PM - guessing
I have video of officers at my home as well as multiple more the following morning after being told they were Tresspassing

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

I had previously been to bedford county sherriff's office on more than 7 different occasions seeking arrest warrants for multiple different officials including Gov. Bill Lee + Mayor Chad Graham for there part in over seeing the organizations Terrorizing Harrassing + suppressing me without any Help given.

C. What date and approximate time did the events giving rise to your claim(s) occur?

Have progressed from 2013 to 2022. I have been arrested on multiple occasion with all charges having to be dismissed after I wanted to move to trial so that I could prove my innocence

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I lost my job, Reputation, my family trust, my ability to get hired, the rights to my children, the relationship I previously had, my home, my vehicle. I litterly lost every thing & am now losing all trust from my family and have done nothing to deserve this.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I was assaulted by multiple People with connections in the elected offices and went and had a CT scan done on my head after the first incodent. I have also sustained much mental anguish over years of missotreatment by officials in place to help, not hurt the public.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like the court to assure I am regain my ability to get a job along with a clear background in which I had before any of this begain. also would like to be payed for

Car $28,000.00
Truck $10,000.00
Home $400,000.00
Reputation with family & children $10,000,000.00
and $20,000,000.00 for mental anguish
2 assaults $200,000.00
Job loss $100,000.00
Education loss $4,000,000.00

For a total of $34,738,000.00 / Starting at $100,000,000.00 For all damages together 100 million

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Bedford County Jail & Rutherford County Jail

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☑ No

☑ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

Bedford County Jail

2. What did you claim in your grievance?

Needed dates of Court dates also to Recieve this lawsuit packet

3. What was the result, if any?

have not Recieved dates yet but have Recieved lawsuit packet

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Yes is Completed

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I have let the Vice-President Know on many occasions Kamala Harris & the Secret Service have also visited me about the claims and have much information they too can provide.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Bennett
   Defendant(s) State of TN

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☑ Yes

   ☐ No

   If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* I appealed to a higher Court and have not heard back. I believe the documents were purposefully lost in the mail

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

NO

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s)

   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/27/22

Signature of Plaintiff
Printed Name of Plaintiff: Matthew David Bennett
Prison Identification #: 121460
Prison Address: 110 Northcreek drive Shelbyville, TN. 37160
             *City*      *State*      *Zip Code*

B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
             *City*      *State*      *Zip Code*
Telephone Number
E-mail Address

Matthew David Bennett
Jacket Number 12460/A-Pod
108 Northcreek dr.
Shelbyville, TN. 37160

Inmate Mail

NASHVILLE TN 370
29 JUL 2022


US District of middle District of Tennessee
Nashville Clerks office
801 Broadway, room 800
Nashville, TN 37203

37203-381899